JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TRACY L. STEWART,

        Petitioner,

    v.

KATHLEEN ALLISON, Secretary,
et al.,

        Respondent.

Case No. 2:22-cv-01402-DSF-KES

**JUDGMENT**

    Pursuant to the Court's Order Dismissing Habeas Petition as Successive,

    IT IS ADJUDGED that the Petition is dismissed without prejudice as successive.

DATED:  March 7, 2022

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE